| | |
|---|---|
| ARLO GARCIA URIARTE, SBN 231764<br>LIBERATION LAW GROUP, P.C.<br>2760 Mission Street<br>San Francisco, CA 94110<br>Telephone: (415) 695-1000<br>Facsimile: (415) 695-1006<br>Email: arlo@liberationlawgroup.com<br><br>Attorneys for Plaintiffs | DAN SIEGEL, SBN 56400<br>PETER HABERFELD, SBN 41723<br>JANE BRUNNER, SBN 135422<br>JESSICA ALBERT, SBN 249770<br>SIEGEL & YEE<br>499 14th Street, Suite 220<br>Oakland, California 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698<br><br>Attorneys for Defendants<br>SERVICE EMPLOYEES INTERNATIONAL<br>UNION LOCAL 87, OLGA MIRANDA,<br>AHMED ABOZAYD, and HUNG CHI SZETO |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMA CAROLINA RODRIGUEZ, ELSA ACEVEDO, OLGA LOAIZA, RAQUEL MARTINEZ, MARIO SUAREZ, FRANCISCO GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, OLGA MIRANDA, AHMED ABOZAYD, HUNG CHI SZETO and DOES 1 TO 10,<br><br>Defendants. | Case No. CV 10 1377<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and through the undersigned parties that Defendants Service Employee International Union Local 87, Olga Miranda, Ahmed Abozayd, and Hung Chi Szeto shall have an extension of time in which to respond to Plaintiffs' First Amended Complaint, up to and including July 2, 2010.

///

///

---

Rodriguez, et al. v. SEIU Local 87, et al., Case No. CV 10 1377
Stipulation for Extension of Time to Respond to Plaintiffs' Complaint - 1

1  DATED: 5-21-10                    LIBERATION LAW GROUP, P.C.

                                     By: _____
                                         Arlo Garcia Uriarte

                                     Attorneys for Plaintiffs


   DATED: 5/21/10                    SIEGEL & YEE


                                     By: _____
                                         Jessica Albert

                                     Attorneys for Defendants
                                     SERVICE EMPLOYEES
                                     INTERNATIONAL UNION
                                     LOCAL 87, OLGA MIRANDA,
                                     AHMED ABOZAYD, and HUNG
                                     CHI SZETO

   Dated: May 25, 2010

   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

---

Rodriguez, et al. v. SEIU Local 87, et al., Case No. CV 10 1377
Stipulation for Extension of Time to Respond to Plaintiffs' Complaint - 2