```
DAN SIEGEL, SBN 56400
JANE BRUNNER, SBN 135422
JESSICA ALBERT, SBN 249770
PETER HABERFELD, SBN 041723
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Defendants
SERVICE EMPLOYEES INTERNATIONAL
UNION LOCAL 87, OLGA MIRANDA,
AHMED ABOZAYD, and HUNG CHI SZETO
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMA CAROLINA RODRIGUEZ, ELSA ACEVEDO, OLGA LOAIZA, RAQUEL MARTINEZ, MARIO SUAREZ, FRANCISCO GARCIA, <br><br>Plaintiffs,<br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, OLGA MIRANDA, AHMED ABOZAYD, HUNG CHI SZETO and DOES 1 TO 10,<br><br>Defendants. | Case No. CV 10 1377<br><br>**STIPULATION TO RESCHEDULE THE HEARING DATE FOR THE CASE MANAGEMENT CONFERENCE, AND ORDER** |

### STIPULATION

It is hereby stipulated and agreed to, by and between the parties hereto, by their respective counsel, to reschedule the hearing date for the Case Management Conference, currently scheduled for July 16, 2010, to August 27, 2010, in Courtroom A of the Federal Courthouse at 450 Golden Gate Ave, San Francisco, California, 15th Floor at 1:30 pm.

Rodriguez, et al. v. SEIU Local 87, et al., Case No. CV 10 1377
Stipulation by Parties to Reschedule Date of Case Management Conference- 1

Dated: 6/17/10

SIEGEL & YEE

By /s/ Peter Haberfeld

PETER A. HABERFELD

Dated: 6/18/10

LIBERATION LAW GROUP

By /s/ Arlo Garcia Uriarte

ARLO GARCIA URIARTE

## ORDER

The parties hereto having so stipulated, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled in above-captioned case for July 16, 2010 is hereby rescheduled to August 27, 2010, in Courtroom A of the Federal Courthouse at 450 Golden Gate Ave, San Francisco, California, 15th Floor at 1:30 pm.

Dated: 06/22/10

Joseph C. Spero
Judge of the Federal District Court

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

Rodriguez, et al. v. SEIU Local 87, et al., Case No. CV 10 1377
Stipulation by Parties to Reschedule Date of Case Management Conference- 2