UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXIMA C. RODRIGUEZ, ET AL.,

        Plaintiffs,

  v.

SERVICE EMPLOYEES INTERNATIONAL, ET AL.,

        Defendants.
_____/

No. C-10-01377 JCS

**ORDER DENYING REQUEST FOR CLARIFICATION [Docket No. 69]**

Defendant has filed a Request for Clarification of Order Granting in Part and Denying in Part Defendant's Motion to Dismiss First Amended Complaint ("Request"). In the Request, Defendant asks the Court to order Plaintiffs to file a second amended complaint consistent with the Court's November 23, 2010 Order. The Request is DENIED.

On November 23, 2010, the Court issued a lengthy order addressing the sufficiency of Plaintiffs' First Amended Complaint. Rather than ordering Plaintiffs to submit a second amended complaint, the Court addressed whether *each* of Plaintiffs' factual allegations was sufficient to support a claim and dismissed Plaintiffs' claims as to the conduct that it found did not support a claim. Having carefully set forth the factual allegations in Plaintiffs' First Amended Complaint that are sufficient to state a claim (as well as those that are not), the Court concludes that Defendant has adequate notice of the alleged conduct that supports Plaintiffs' claims, to the extent that they have

survived Defendant's motion to dismiss.  Accordingly, the Court declines to require that Plaintiffs file a second amended complaint.

Dated:  January 3, 2011

JOSEPH C. SPERO
United States Magistrate Judge

2