**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXIMA CAROLINA RODRIGUEZ, ELSA ACEVEDO, OLGA LOAIZA, RAQUEL MARTINEZ, MARIO SUAREZ, FRANCISCO GARCIA,<br><br>                Plaintiffs,<br>       vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 87,<br><br>                Defendants. | Case No. CV 10 1377<br><br>**ORDER FOLLOWING STIPULATION BY PARTIES FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO DEFENDANT SEIU'S MOTION FOR SANCTIONS**<br><br>**Hearing Date: October 14, 2011**<br>**Time:          9:30 a.m.**<br>**Courtroom 15**<br><br>**Hon. Joseph C. Spero** |

IT IS HEREBY ORDERED that: (1) plaintiffs shall have an extension of time by which to file a responsive paper to Defendant's motion for sanctions, which will now be due on August 12, 2011; and (2) Defendant's reply to plaintiff's response will be due August 19, 2011.

DATED:   07/29/11

_____
JOSEPH C. SPERO
United States Magistrate Judge

1